**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**AT DAYTON**

| | | |
|---|---|---|
| **KEON PIERRE ZAFR,** | * | CASE NO. 3:20-cv-129 |
| | * | |
| Plaintiff, | * | JUDGE WALTER H. RICE |
| | * | |
| v. | * | |
| | * | **STIPULATION OF DISMISSAL OF** |
| **CITY OF DAYTON, OHIO, et al.,** | * | **CLAIMS WITH PREJUDICE** |
| | * | |
| Defendants. | * | |
| | * | |

Pursuant to Civ. R. 41(a), the parties hereby stipulate to the dismissal of all claims in this action with prejudice to refiling.  Each party shall pay its own court costs.

Respectfully Submitted,


/s/ BRADLEY D. ANDERSON
Bradley D. Anderson (0061325)
RION, RION & RION, LPA, INC.
130 W. Second St., Suite 2150
Dayton, OH 45402
Attorneys for Plaintiff

**BARBARA J. DOSECK**
**CITY ATTORNEY**

/s/ JOHN C. MUSTO
John C. Musto #0071512
Chief Trial Counsel
101 West Third Street
P.O. Box 22
Dayton, Ohio 45401
Tel. (937) 333-4100
Fax  (937) 333-3628
John.musto@daytonohio.gov